# NO. 12-17-00274-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *MONICA COLEMAN,*<br>*APPELLANT* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT* |
| *EMORY CAPITAL APARTMENTS,*<br>*APPELLEE* | § | *RAINS COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

This appeal is being dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b). Appellant, Monica Coleman, perfected her appeal on September 6, 2017. The clerk's record was filed on September 11 and Coleman's brief was due on or before October 11. On October 12, this Court notified Coleman that her brief was past due. We further notified Coleman that the appeal may be dismissed for want of prosecution unless a motion for extension of time, containing a reasonable explanation for the failure to file a brief and showing that Appellee has not suffered material injury thereby, is filed no later than October 23. On October 23, Coleman filed a motion for extension of time. We granted the motion and gave Coleman until December 11 to file a brief. When Coleman failed to file a brief, on December 12, this Court notified Coleman that the appeal would be presented to the Court for dismissal unless a brief was received on or before December 22, 2017.

The December 22 deadline has passed and Coleman did not file a brief or a motion for extension of time. Accordingly, we ***dismiss*** the appeal for ***want of prosecution***. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(c).

Opinion delivered January 3, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JANUARY 3, 2018**

**NO. 12-17-00274-CV**

**MONICA COLEMAN,**
Appellant
V.
**EMORY CAPITAL APARTMENTS,**
Appellee

Appeal from the County Court

of Rains County, Texas (Tr.Ct.No. 1829)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed for want of prosecution.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed for want of prosecution**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*